## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 08-00556-GHK (JCR) | Date | June 4, 2008 |
|---|---|---|---|
| Title | LEROY SHACKLFORD WILSON v. V. ALMAGER, et al. | | |

| Present: The Honorable | JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE |
|---|---|

| Debra Taylor | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER REQUIRING RESPONSE

On May 19, 2008, Leroy Shacklford Wilson ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"). Concurrently with his Petition, Petitioner filed an "Application for Leave or [sic] Court to Stay Proceeding Pending Exhaustion of State Remedies" ("Motion").

Accordingly, Respondents are ORDERED to file a response to the Motion on or before **fourteen (14) days** from the date of the instant Order.

**IT IS SO ORDERED.**

Initials of Preparer _____